SKIFF v. WHITE et al.

(Circuit Court, S. D. New York. October 28, 1903.)

1. EXECUTORS—ACTION AGAINST IN FOREIGN JURISDICTION.

Executors are not subject to suit in their representative capacity in a state other than that of their appointment.

At Law. On demurrer to complaint.

Culver, Whittlesey, Barlow & Howe, for the demurrer.
James E. Walsh, opposed.

WALLACE, Circuit Judge. The defendants, as foreign executors, are not liable to suit in their representative capacity in this state, and the plaintiff's recourse must be in the proper tribunal of the state of Connecticut. Lewis v. Parrish, 115 Fed. 285, 53 C. C. A. 77.

The demurrer is allowed, with costs.

¶ 1. See Executors and Administrators, vol. 22, Cent. Dig. § 2344.